

# In the Missouri Court of Appeals
# Eastern District

MARCH 4, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED99274    SANKAR PENUMACHA, RES V VANAJA PENUMACHA, APP

2.  ED99406 STATE OF MISSOURI, RES V. LADON T. GRISSOM, APP

3.  ED99631 ANTWON GUEST, APP V STATE OF MISSOURI, RES

4.  ED99665 CONNIE S. HUMPHREY, RES V RANDALL S. HUMPHREY, APP

5.  ED99692 STATE OF MISSOURI, RES V. MARIO D. HAWKINS, APP

6.  ED99871 BILLY JOE CLANCY, APP V STATE OF MISSOURI, RES

7.  ED99956 IN THE MATTER OF:  JAMES GARDNER


## CORRECTION(S):

1.  ED99974 ERIC A. PRITCHETT, APP V STATE OF MISSOURI, RES


## WITHDRAWAL(S):

1.  ED99852 BIRI M. BLEVINS, APP V AMERICAN FAMILY, ET AL, RES